RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 3/29/16
BY MB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTONIO EDWARDS, Petitioner | CIVIL ACTION NO. 1:15-CV-02555; SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| M. D. CARVAJAL, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 29th day of March, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE